**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 06-00174M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Victor Ruiz-Ruiz, | ) | |
| Defendant. | ) | |

This Court has received and considered defendant's Notice of Substitution of Counsel (Dkt. #6) which has been executed by defense counsel Gabriel Valdez, Defendant Victor Ruiz-Ruiz and defense counsel Ron Reyna.

**IT IS ORDERED granting** Defendant's Notice (Dkt. #6) and ordering withdrawing Gabriel Valdez as counsel for defendant and ordering that Ron Reyna is now listed as the attorney of record for Defendant.

DATED this 25th day of April, 2006.

Lawrence O. Anderson
United States Magistrate Judge