**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | 06-0174M |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Victor Ruiz-Ruiz, | ) | |
| Defendant. | ) | |

This Court has received and considered Defendant's Motion To Extend Time To Indict, Dkt #8.  The Motion will be denied for failing to comply with the requirements of 18 U.S.C. §3161(h)(8)(A) and (B) to obtain an extension of time to indict. See, United States v. Ramirez-Cortez, 213 F.3d 1149 (9th Cir. 2000).

DATED this 28th day of April, 2006.

Lawrence O. Anderson
United States Magistrate Judge